BEFORE THE FIRST DIVISION, JUNE 4, 1941

**No. 45996.**—Protest 583067–G of American Straw Goods Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the claim at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) was sustained.

**No. 45997.**—Protests 702128–G, etc., of Wolf Fleischer (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the claim at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) was sustained.

**No. 45998.**—Protests 806153–G (A), etc., of American Straw Goods Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the claim at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) was sustained.

**No. 45999.**—Protests 891504–G (C), etc., of American Straw Goods Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the claim at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) was sustained.

**No. 46000.**—Protest 59240–K of N. Y. Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers in question are composed in chief value of decorated glass similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 46001.**—Protest 60242–K of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of spring daggers similar to those the subject of Abstract 37637. The claim at 45 percent under paragraph 397 was therefore sustained.